**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Blanca Janneth Nasqui Villa,<br>Luis Miguel Yunga Nasqui,<br>Christopher Joel Yunga Nasqui, and<br>L.A.Y.N., by and through his mother, Blanca<br>Janneth Nasqui Villa,<br><br>                    Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her Official Capacity,<br>Secretary of the U.S. Department of<br>Homeland Security;<br><br>Pamela Bondi, in her Official Capacity,<br>Attorney General of the United States<br><br>Kenneth Genalo, in his Official Capacity,<br>Field Office Director for ICE's Enforcement<br>and Removal Operations, New York Field<br>Office<br><br>Joseph B. Edlow, Director of U.S. Citizenship<br>and Immigration Services;<br><br>                    Defendants. | Case No.<br><br>Judge:<br>Magistrate Judge:<br><br>_____<br>No request for jury trial<br><br><br>**PETITIONER'S MOTION FOR A**<br>**TEMPORARY RESTRAINING ORDER**<br>**AND PRELIMINARY INJUNCTION**<br><br><br>**ORAL ARGUMENT REQUESTED** |

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, Blanca Janneth Nasqui Villa, Luis Miguel Yunga Nasqui, Christopher Joel Yunga Nasqui, and Luis Adrian Yunga Nasqui ("Plaintiffs"), by and through undersigned counsel, hereby move this Court for a Temporary Restraining Order and a Preliminary Injunction enjoining the Respondents in the above captioned matter from removing them from the United States until further order of this court. In support of this Motion, Plaintiffs rely upon the Complaint for Injunctive Relief and Memorandum of Points and Authorities in Support of this motion submitted herewith, and the exhibits submitted with those documents.

WHEREFORE, Plaintiffs respectfully pray that the Court:

1. Issue a temporary restraining order prohibiting Defendants, their agents, officers, and

   employees from taking Plaintiffs into custody or removing them from the United States;

1

2.  Maintain the status quo and enjoin Defendants from executing any removal or enforcement action against Plaintiffs pending further order of this Court;

3.  Order Defendants to provide advance written notice to Plaintiffs' counsel prior to any future enforcement action;

4.  Schedule an expedited hearing on Plaintiffs' request for a preliminary injunction; and

5.  Grant such other and further relief as this Court deems just and proper.


Dated: February 26, 2026
       White Plains, New York

Respectfully submitted,

/s/ Andrea C. Soto

By: _____

Andrea C. Soto, Esq.
Soto Law, PLLC
445 Hamilton Avenue, Suite 407
T : 914-290-4900 / F: 914-898-9100
asoto@andreasotolaw.com

Attorney for Petitioners