UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Blanca Janneth Nasqui Villa,<br>Luis Miguel Yunga Nasqui,<br>Christopher Joel Yunga Nasqui, and<br>L.A.Y.N., by and through his mother, Blanca<br>Janneth Nasqui Villa<br><br>     Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her Official Capacity,<br>Secretary of the U.S. Department of Homeland<br>Security;<br><br>Pamela Bondi, in her Official Capacity,<br>Attorney General of the United States<br><br>Kenneth Genalo, in his Official Capacity, Field<br>Office Director for ICE's Enforcement and<br>Removal Operations, New York Field Office<br><br>Joseph B. Edlow, Director of U.S. Citizenship<br>and Immigration Services;<br><br>     Defendants. | Case No.<br><br><br><br>Judge:<br><br>Magistrate Judge:<br><br>_____<br><br>No request for jury trial<br><br><br><br>**ORDER TO SHOW CAUSE**<br>**(PROPOSED)** |

   Plaintiffs having moved this Court, pursuant to Rule 65 of the Federal Rules of Civil

Procedure, for a temporary restraining order and preliminary injunction; and the Court having

reviewed Plaintiffs' Complaint, Motion, Memorandum of Law, and supporting declarations; and

good cause appearing;

   IT IS HEREBY ORDERED that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in concert or participation with them are temporarily restrained and enjoined from taking Plaintiffs into custody or removing Plaintiffs from the United States pending further order of this Court.

2. Defendants shall maintain the status quo and shall not execute any removal, transfer, or enforcement action against Plaintiffs during the pendency of this Temporary Restraining Order.

3. Defendants shall provide Plaintiffs' counsel with at least seventy-two (72) hours' advance written notice prior to any future enforcement action, including detention or removal.

4. Plaintiffs shall promptly serve a copy of this Order, together with the Complaint and Motion, upon Defendants.

5. Defendants shall file any opposition to Plaintiffs' request for a preliminary injunction on or before _____.

6. Plaintiffs may file any reply on or before _____.

7. The Court will hold a hearing on Plaintiffs' request for a preliminary injunction on _____ at _____.

8. The Court finds that no bond is required pursuant to Rule 65(c) because Plaintiffs seek to preserve the status quo, and Defendants will suffer no monetary harm.

9. This Temporary Restraining Order shall remain in effect until _____ or until further order of the Court.

SO ORDERED.

Dated:

    White Plains, New York

_____

Hon.

United States District Judge