UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Blanca Janneth Nasqui Villa,
Luis Miguel Yunga Nasqui,
Christopher Joel Yunga Nasqui, and
L.A.Y.N., by and through his mother, Blanca
Janneth Nasqui Villa,

               Plaintiffs,

v.

Kristi Noem, in her Official Capacity,
Secretary of the U.S. Department of
Homeland Security;

Pamela Bondi, in her Official Capacity,
Attorney General of the United States

Kenneth Genalo, in his Official Capacity,
Field Office Director for ICE's Enforcement
and Removal Operations, New York Field
Office

Joseph B. Edlow, Director of U.S. Citizenship
and Immigration Services;

               Defendants.

Case No.  26-cv-01623-PMH

Judge:
Magistrate Judge: _____

No request for jury trial

**PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**ORAL ARGUMENT REQUESTED**

Pursuant to Fed. R. Civ. P. 65, Plaintiffs, B[lanca Janneth] Nasqui, Christopher Joel Yunga Nasqui, and Luis [Miguel Yunga Nasqui,] through undersigned counsel, hereby move this Co[urt for a Temporary Restraining Order and] Preliminary Injunction enjoining the Respondents [from removing Plaintiffs or taking] them from the United States until further order of t[his Court. In support of this motion, Plaintiffs] rely upon the Complaint for Injunctive Relief and [Declaratory Judgment, the Memorandum of Law in] Support of this motion submitted herewith, and the [exhibits attached thereto.]

WHEREFORE, Plaintiffs respectfully pray that t[his Court:]

1. Issue a temporary restraining order prohibi[ting Defendants, their agents, and] employees from taking Plaintiffs into custo[dy...]

---

Petitioner is directed to review and comply with this Court's Individual Practices, in particular Rule 4(F), which concerns applications for injunctive relief, including emergency and/or temporary injunctive relief. Specifically, the Court will not consider issuance of a temporary restraining order prior to a conference with the parties, which conference shall be requested in strict accordance with the provisions of Rules 2(C) and 4(F) of the Court's Individual Practices, as well as Rule 65 of the Federal Rules of Civil Procedure. The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 2).

SO ORDERED.

_/s/ Philip M. Halpern_
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
        February 27, 2026

1

2. Maintain the status quo and enjoin Defendants from executing any removal or enforcement action against Plaintiffs pending further order of this Court;

3. Order Defendants to provide advance written notice to Plaintiffs' counsel prior to any future enforcement action;

4. Schedule an expedited hearing on Plaintiffs' request for a preliminary injunction; and

5. Grant such other and further relief as this Court deems just and proper.

Dated: February 26, 2026
      White Plains, New York

Respectfully submitted,

By: _/s/ Andrea C. Soto_____

Andrea C. Soto, Esq.
Soto Law, PLLC
445 Hamilton Avenue, Suite 407
T : 914-290-4900 / F: 914-898-9100
asoto@andreasotolaw.com

Attorney for Petitioners